UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WINSFORD COMPANY, LLC<br><br>Plaintiff,<br><br>vs.<br><br>LA BOTTEGA DELL'ALBERGO USA, INC.,<br><br>Defendant. | CASE NO. 5:18-cv-00150 JAK (KKx)<br><br>**ORDER RE STIPULATION FOR PERMANENT INJUNCTION AND FINAL JUDGMENT**<br><br>**JS-6** |

Plaintiff The Winsford Company, LLC ("Winsford") and Defendant La Bottega Dell'Albergo, Inc. ("La Bottega") consent and agree to the terms and conditions of this Final Consent Judgment and Permanent Injunction.

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. La Bottega, and its parent, subsidiary and affiliated companies, together with its officers, agents, servants, employees, and those persons in active concert or participation with it, are permanently enjoined from:

   a. Importing, selling, offering for sale, displaying, marketing, advertising or distributing in the United States any luggage carts having four (4) posts where each post has an upper portion that converges inwardly to join the posts together at a

central position between the four posts; and

      b.    Assisting or aiding and abetting any other person or business entity in engaging in any of the items recited in Paragraph 1(a).

2. This Court has jurisdiction over the Parties and the subject matter of this action. This Court shall retain jurisdiction to the extent necessary to enforce this Permanent Injunction.

3. That all upcoming deadlines and hearings on the Court docket be vacated.

4. Each party shall bear its own costs, expenses and attorneys' fees.

5. This is a Final Judgment.

**IT IS SO ORDERED.**

Dated: February 7, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE